APPEAL No. 75-317. BRUNSWICK CORPORATION *v.* JOHN R. SPOSATO, *d.b.a.* MODERN POOL PARLOR. Motion of plaintiff to dismiss the defendant's cross-appeal is denied without prejudice. The plaintiff's motion for extension of time to file its reply

brief is granted. The brief shall be filed by January 20, 1977. *Winograd, Shine & Zacks, Cary J. Coen,* for plaintiff. *Frank S. Cappuccio,* for defendant.